In the Matter of the Arbitration between BARNETT HOLLANDER, Appellant, and EDGAR J. BERNHEIMER et al., Respondents.

Submitted February 6, 1956; decided February 9, 1956.

*Sidney J. Schwartz* for motion.
*Samuel Gottlieb* and *Harry Giesow* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, upon the ground that the order sought to be appealed from does not finally determine a special proceeding within the meaning of the Constitution.